UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U. S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                                   Plaintiff,<br><br>- against -<br><br>WILLIAM BYRNES,<br>CHRISTOPHER CURTIN,<br>THE NEW YORK MERCANTILE EXCHANGE, INC., and<br>RON EIBSCHUTZ<br>                                   Defendants. | CIVIL ACTION NO.<br>13-CV-1174 (VSB) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Jennie Lina Sacks is no longer associated with Menaker & Herrmann LLP and should be removed from the Court's service list with respect to the above-captioned action. Samuel F. Abernethy, Wojciech Jackowski, and Alexander Mirkin of Menaker & Herrmann LLP will continue to represent Defendant Christopher Curtin in the above-captioned action.

Dated: New York, New York
         December 10, 2015

                              MENAKER & HERRMANN LLP

                              By: _____
                                     Samuel F. Abernethy, Esq.

                              *Attorneys for Defendant*
                              *Christopher Curtin*

                              10 East 40th Street
                              New York, New York 10016
                              sfa@mhjur.com
                              (212) 545-1900