# Exhibit 7

```
 1
 2             UNITED STATES DISTRICT COURT
 3             SOUTHERN DISTRICT OF NEW YORK
 4
 5
 6   U.S. COMMODITY FUTURES        )
     TRADING COMMISSION,           )
 7                                 )
          Plaintiff,               )
 8                                 )
             vs.                   ) No. 13 Civ 1174 VSB
 9                                 ) ECF Case
     WILLIAM BYRNES,               )
10   CHRISTOPHER CURTIN, THE       )
     NEW YORK MERCANTILE           )
11   EXCHANGE, INC.,               )
                                   )
12        Defendants.              )
     _____)
13
14
15
16
17
18         DEPOSITION OF JULIE HOLZRICHTER
19                 Chicago, Illinois
20          Wednesday, September 23, 2015
21
22
23   Reported by:
24   PAULA CAMPBELL, CSR, RDR, CRR, CCP
25   JOB NO. 97585
```

Page 2

8  September 23, 2015
9       8:52 A.M.

12     Discovery deposition of JULIE
13 HOLZRICHTER, held at the offices of U.S. CFTC,
14 525 West Monroe Street, Chicago, Illinois,
15 pursuant to notice before Paula Campbell, CSR,
16 RDR, CRR, CCP.

Page 26

1         J. HOLZRICHTER
2    Q.  Okay.  You're still based in Chicago; is
3  that right?
4    A.  That's correct.
5    Q.  Do you still spend time in New York?
6    A.  Not as -- not very frequently.
7    Q.  Okay.  I just want to turn to some details
8  about the organization and functions at CME and
9  NYMEX, because we were touching on that a little bit
10 in going over your jobs.
11        NYMEX is a board of trade; is that right?
12        MR. HOGAN:  Do you want to define that?
13   A.  Yeah.  Can you define that a little bit
14 more clearly?
15   Q.  How would you describe what NYMEX is?
16   A.  An exchange.
17   Q.  NYMEX was a board of trade at the time of
18 the merger with CME; correct?  Sorry.
19        NYMEX was an exchange at the time of the
20 merger with CME?
21   A.  Yes.
22   Q.  And it continued to be an exchange after
23 the merger?
24   A.  Yes.
25   Q.  What's the formal relationship between

1       J. HOLZRICHTER

2  NYMEX and CME?

3       A.  NYMEX is an exchange under the umbrella of
4  CME Group.

5       Q.  Okay.  After the merger with NYMEX -- let
6  me start over.

7           After the merger with CME, some employees
8  continued to be employed directly by NYMEX; is that
9  right?

10      A.  I believe so.

11      Q.  Do you know if the employees on the
12 ClearPort facilitation desk continued to be employed
13 directly by NYMEX?

14      A.  During that time frame?

15      Q.  During 2008 to 2011.

16      A.  I believe so.

17      Q.  Are employees on the ClearPort facilitation
18 desk currently -- withdrawn.

19          You work for CME; is that right?

20      A.  CME Group.

21      Q.  CME Group.

22          You are not an employee of NYMEX; correct?

23      A.  I'm an employee of CME Group.

24      Q.  You've never been an employee of NYMEX; is
25 that right?