# Exhibit 9

```
 1
 2          UNITED STATES DISTRICT COURT
 3          SOUTHERN DISTRICT OF NEW YORK
 4
    U.S. COMMODITY FUTURES
 5  TRADING COMMISSION,
 6              Plaintiff,
 7           vs.                    Case No.
                                13 Civ. 1174(VSB)
 8  WILLIAM BYRNES, CHRISTOPHER
    CURTIN, THE NEW YORK
 9  MERCANTILE EXCHANGE, INC.
    and ROB EIBSHUTZ,
10
                Defendants.
11  ------------------------------
12
13
14
15        DEPOSITION OF RALPH CUSUMANO
16              New York, New York
17           Friday, October 2, 2015
18
19
20
21
22
23  Reported by:
    SHAUNA STOLTZ-LAURIE, RPR, CLR
24  CSR NO. 810490
25  JOB NO. 98363
```

1
2
3
4
5           October 2, 2015
6            9:44 a.m.
7
8       Deposition of RALPH CUSUMANO, held
9   at the offices of U.S. Commodity Futures
10  Trading Commission, 140 Broadway, New
11  York, New York, pursuant to Notice,
12  before Shauna Stoltz-Laurie, Registered
13  Professional Reporter, Certified
14  Realtime Reporter, and a Notary Public
15  of the State of New York.
16
17
18
19
20
21
22
23
24
25

1              Cusumano
2        desk is fielding one twenty five to one
3        fifty calls a day, the facilitation desk
4        is fielding 50 to 75; is that correct?
5             "Answer: Yes.")
6             MR. ABERNETHY:  Thank you.
7        Q.   Just to clarify, that 50 to 75
8   calls falls within that larger number of one
9   twenty five to one fifty; is that correct?
10       A.   Yes.
11       Q.   Now, the staff on the ClearPort
12  Facilitation Desk, there were different
13  categories of people working the desk,
14  correct?
15       A.   Yes.
16       Q.   There was an analyst?
17       A.   Yes.
18       Q.   What were the analyst's
19  responsibilities?
20       A.   Analyst was the lowest level
21  position we had.  He would answer the phones
22  and assist the customers with whatever they
23  asked.
24       Q.   Okay. What would be the next level
25  up from Analyst?

1                    Cusumano

2        A.   There was a senior analyst.  He
3   would be responsible for supporting the
4   analyst if the analyst needed support.  There
5   were a thousand different things that an
6   analyst did, so some of them, you know,
7   happened routinely day to day; some of them
8   happened as a one-off.  On rare occasion the
9   senior analyst would be more -- a more senior
10  employee who's there longer and see more and
11  would be able to assist an analyst if he
12  needed assistance.
13       Q.   And what would be above a senior
14  analyst?
15       A.   Back then I think it was a
16  supervisor?
17       Q.   Are you familiar with the term Lead
18  Analyst?
19       A.   Lead Analyst was a CME term which
20  came about after.  They had -- they had
21  different layers.  We only had Analyst,
22  Senior, and then we went to Supervisor.  They
23  had Lead, Lead 1, Lead 2, so it was all a
24  progression of kind of the more you knew, the
25  higher your title.

TSG Reporting - Worldwide
(877) 702-9580

1                 Cusumano

2     (speaking simultaneously) --

3          Q.   How about --

4          A.   -- information.

5          Q.   I apologize.

6               (Discussion off the record.)

7          A.   -- clearing information.

8          Q.   How often were the ClearPort staff
9     making nextday corrections?

10         A.   Approximately ten to fifteen
11    corrections a day.

12         Q.   Is that for the desk as a whole, or
13    each member of the desk?

14         A.   The desk as a whole.

15         Q.   Moving on to another system, are
16    you familiar with the system called the RAV
17    Manager?

18         A.   Yes.

19         Q.   What is that?

20         A.   RAV Manager is the system that the
21    clearing members used to create information
22    accounts for the trading house.

23         Q.   Can you explain what you mean by
24    "create information accounts."

25         A.   So Merrill Lynch does business for