# Exhibit 10

```
                                                                 Page 1
 1             UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF NEW YORK

 3   _____

 4                                    :

 5   US COMMODITY FUTURES TRADING    : No:

 6   COMMISSION                       : 13 Civ 1174 (VSB)

 7                                    : ECF Case

 8              Plaintiff             :

 9                                    :

10              -v-                   :

11                                    :

12   WILLIAM BYRNES, CHRISTOPHER     :

13   CURTIN, THE NEW YORK             :

14   MERCANTILE EXCHANGE INC and     :

15   RON EIBSCHUTZ                    :

16                                    :

17              Defendants            :

18   _____ :

19

20   Videotaped deposition of Ms Valery Rouet On

21   Tuesday, October 13th 2015.  Commencing at 9.44

22   am. Taken at Skadden, Arps, Meagher & Flom (UK)

23   LLP, 40 Bank Street, Canary Wharf, London, E14

24   5DS, United Kingdom.

25   Reported by: Miss Pamela Henley
```

Valery Rouet                                                                October 13, 2015
London, UK

```
                                                                   Page 2
 1                A P P E A R A N C E S

 2

 3   On behalf of the Plaintiff:

 4          COMMODITY FUTURES TRADING COMMISSION

 5          Division of Enforcement

 6          140 Broadway

 7          19th Floor

 8          New York, NY 10005

 9          Telephone: 646 746 7600

10          Email:  pchudy@cftc.gov

11               BY:   MR PATRYK CHUDY

12

13          COMMODITY FUTURES TRADING COMMISSION

14          Division of Enforcement

15          140 Broadway

16          19th Floor

17          New York, NY 10005

18          Telephone:  646 746 9767

19          Email: Pdaly@crfc.gov

20               BY:   MR PATRICK F DALY

21

22

23

24

25
```

Valery Rouet  October 13, 2015
London, UK

Page 32

```
 1   And Greg, which is Gregory, Mason, M-A-S-O-N.
 2        Q.    Ms Rouet, keeping focus on the same
 3   period, November 2007 to May 2009, do you know an
 4   individual by the name of William Byrnes?
 5        A.    Yes.
 6        Q.    And how did you know him?
 7        A.    He was a friend of Ron Eibschutz.
 8        Q.    Who was William Byrnes?
 9        A.    Excuse me.
10        Q.    Where did William Byrnes work?
11        A.    William Byrnes worked in NYMEX.
12        Q.    And at this time period, in
13   November 2007 to May 2009, you knew that he worked
14   at NYMEX?
15        A.    Yes.  Maybe not from the beginning,
16   but I knew at some point, I cannot remember when.
17   I heard of...
18        Q.    And what was his position at NYMEX?
19              MR HERSKOVITS:  Objection, form.
20        A.    I do not know.
21   BY MR CHUDY:
22        Q.    Did you have any professional
23   interactions with Mr Byrnes while he was at NYMEX?
24        A.    No, never.
25        Q.    What about social interactions, did
```

Valery Rouet                                          October 13, 2015
                              London, UK

```
                                                              Page 39
 1    he could find out who was trading that.
 2           Q.      I think you mentioned you had this
 3    conversation with Nour Beyhum in the first year,
 4    could you describe in more detail when in that
 5    first year you had a conversation with
 6    Nour Beyhum?
 7           A.      I do not remember when it was, like
 8    how long it was that I was working with Nour.  I
 9    said the first year, maybe the first 6 months, but
10    I would not be -- whenever he could, the guys to
11    report.
12           Q.      What report are you referring to?
13           A.      Excuse me?
14           Q.      What --
15           A.      He called the CFTC to report that
16    someone had informations.
17           Q.      -- let me take a step back and try
18    to unpack it in sequence. When you spoke to
19    Nour Beyhum about potential leaks of trade
20    information at NYMEX what, if anything, did
21    Nour Beyhum say to you?
22                   MR HERSKOVITS: Objection,
23    foundation.
24           A.      He was -- he could not understand
25    what I meant, so he had me repeat it, said, what
```

Valery Rouet                                                October 13, 2015
London, UK

```
                                                                  Page 40
 1   do you mean, and I said I had a co-worker, Ron,

 2   who had a friend working at NYMEX and he would

 3   find -- he would know some trades.

 4   BY MR CHUDY:

 5          Q.    When you mentioned co-worker Ron,

 6   who were you referring to?

 7          A.    Ron Eibschutz.

 8          Q.    And when you were referring to the

 9   information that -- let me try again.  When you

10   were referring to the friend that Ron Eibschutz

11   had who were you referring to?

12          A.    Billy.

13          Q.    And who was Billy again?

14          A.    Billy Byrnes.  William Byrnes.

15          Q.    When you refer to the information

16   that Billy Byrnes can get to Ron Eibschutz what

17   were you referring to?

18                MR JACKOWSKI:  Objection,

19   foundation.

20                MR HERSKOVITS:  Joined.

21          A.    The name of the clients. The name

22   of the trader, like the trader and the company.

23   BY MR CHUDY:

24          Q.    Did you have any understanding of

25   whether Ron Eibschutz was permitted to get that
```

```
                                                          Page 41
 1   information from Billy Byrnes?
 2              MR HERSKOVITS:  Objection.
 3              MR JACKOWSKI:  Objection.
 4              MS LAPE:  Joined.
 5              MR CHUDY:  I will try to rephrase
 6   it.
 7        Q.    What is your understanding of the
 8   type of information that Billy Byrnes was
 9   providing for Ron Eibschutz?
10              MR JACKOWSKI:  Objection.
11              MR HERSKOVITS:  Objection to form.
12              MS LAPE:  Objection.
13        A.    For me it was, of course, valuable
14   information.
15   BY MR CHUDY:
16        Q.    I am sorry, say that again?
17        A.    Valuable information.  That with a
18   lot of value.
19        Q.    What do you mean by valuable?
20        A.    For any broker to know who trades
21   your product is a potential new client.
22        Q.    And how did you know that
23   Billy Byrnes was providing information to
24   Ron Eibschutz?
25              MR JACKOWSKI:  Objection, form.
```

```
                                                              Page 43
 1        A.     No, because it was just different
 2   names.
 3               MR JACKOWSKI:  Objection,
 4   foundation.
 5   BY MR CHUDY:
 6        Q.     Ms Rouet, you mentioned earlier
 7   about a report of what is trading; do you recall
 8   your testimony?
 9        A.     Yes.
10        Q.     Was this a report generated by
11   someone at Parity?
12        A.     No, it is from the exchange.  The
13   day after you see what is trading because it is
14   cleared.  So you just see that many options of,
15   for example, that many 50 puts traded, that many
16   calls traded. It is the report that is public
17   information.
18        Q.     Do you recall what the report was
19   called?
20        A.     It is NYMEX report I reckon.
21        Q.     And this report that you are
22   referring to was publicly available, is that
23   correct?
24        A.     Yes, the day after, for example,
25   for yesterday you will have the report this
```