# Exhibit 11

Nour Beyhum                                                    October 14, 2015
London, UK

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3    _____

 4                                         :

 5    US COMMODITY FUTURES TRADING         : No:

 6    COMMISSION                           : 13 Civ 1174 (VSB)

 7                                         : ECF Case

 8              Plaintiff                  :

 9                                         :

10              -v-                        :

11                                         :

12    WILLIAM BYRNES, CHRISTOPHER          :

13    CURTIN, THE NEW YORK                 :

14    MERCANTILE EXCHANGE INC and          :

15    RON EIBSCHUTZ                        :

16                                         :

17              Defendants                 :

18    _____      :

19    Videotaped deposition of Mr Nour Beyhum On

20    Wednesday, October 14th 2015.  Commencing at 9.45

21    am. Taken at: Skadden, Arps, Meagher & Flom (UK)

22    LLP, 40 Bank Street, Canary Wharf, London, E14

23    5DS, United Kingdom

24    Reported by: Miss Pamela Henley

25
```

```
                                                              Page 2
 1                  A P P E A R A N C E S

 2

 3   On behalf of the Plaintiff:

 4          COMMODITY FUTURES TRADING COMMISSION

 5          Division of Enforcement

 6          140 Broadway

 7          19th Floor

 8          New York, NY 10005

 9          Telephone: 646 746 7600

10          Email:  pchudy@cftc.gov

11              BY:   MR PATRYK CHUDY

12

13          COMMODITY FUTURES TRADING COMMISSION

14          Division of Enforcement

15          140 Broadway

16          19th Floor

17          New York, NY 10005

18          Telephone:  646 746 9767

19          Email: Pdaly@crfc.gov

20              BY:   MR PATRICK F DALY

21

22

23

24

25
```

Page 32

 1   -- that was the name.  I am not sure.
 2         Q.      -- do you recall what role he had
 3   with NYMEX?
 4         A.      Marketing.
 5         Q.      Does the name Howard Hopkins ring
 6   any bells?
 7         A.      That is it. Let us cut to the
 8   chase.  Let's go to the point!
 9         Q.      I believe you testified that you
10   felt these disclosures were damaging to you?
11         A.      Not just to me, it is the market
12   also my friend.
13         Q.      Can you explain what you mean by
14   that?
15         A.      Well, if the case was true and
16   there was some reality to it then it was divulging
17   information of trades and volumes to other parties
18   that were not privy to this transaction.  You lose
19   confidence in the NYMEX or the CME or the
20   ClearPort, whatever you want to call it, because
21   the client will turn around and think that either
22   I divulged.  99 per cent of the time he is going
23   to blame the broker.  That I leaked his name out.
24   And people know what he wants to do.  And it is
25   just damaging for the industry, for the exchange

Nour Beyhum                                                    October 14, 2015
                            London, UK

Page 33

1   and for the broker.
2       Q.   You mentioned the name, "Billy";
3   did you know Billy's last name?
4       A.   Not a clue.
5       Q.   Do you have an understanding of
6   what position Billy held?
7       A.   Not a clue.  For all I know he
8   could be Billy right there.
9       Q.   You do not have an understanding of
10  what type of work Billy did?
11      A.   Of course he had something to do
12  with ClearPort seeing the transactions. Whether he
13  is a clerk, a manager.  I really do not know.  But
14  he could see the transactions from my
15  understanding.
16           I will be honest I said I have
17  heard too much I said, I have said what I have
18  heard, I am going to report, I do not want to be
19  involved in this. I want to walk away.  I will let
20  them sort it out because I did not know anything
21  about it.  But since I heard about it I just
22  wanted to make sure that I reported it and that
23  Valery was giving all the information she had.
24  That is exactly how it was.
25      Q.   Do you know who was getting the

Page 50

```
 1   Mr Byrnes, Billy Byrnes, was disclosing the
 2   identity of the counterparties to the trade?
 3        A.    Allegedly, yes, that is what he was
 4   doing.
 5        Q.    If, for example, you learned that
 6   entity A was involved in a trade of 100 lots of
 7   crude oil on a date certain would that provide you
 8   with information about entity A's overall trading
 9   strategy?
10        A.    100 lots, no.  100 lots is
11   insignificant. Because 100 lots, I am sorry, I am
12   not belittling it, but it does not tell me
13   anything of a strategy of 100 lots.  It could be
14   just managing gamma.  100 lots will not tell me
15   anything.  But if it is a few thousand or a
16   thousand it could tell me more about a strategy or
17   a direction of a client, what he believes.
18        Q.    Would it tell you what that
19   entity's overall position in the market is?
20        A.    No.
21        Q.    Would it allow you to know what
22   commodity that entity would trade next?
23        A.    No.
24        Q.    Would it allow you to know the
25   quantity of a commodity that the entity will trade
```

Nour Beyhum                                             October 14, 2015
                              London, UK

Page 51

```
 1   next?
 2           A.      No.
 3           Q.      Would it allow you to know the
 4   quantity of a commodity that an entity may be
 5   holding?
 6           A.      No.
 7           Q.      Would it allow you to know the
 8   entity's overall cash position?
 9           A.      No.
10                   MS LAPE:  I have no further
11   questions.
12                   MR DALY:  Just a few follow up
13   questions.
14           Q.      If a trader decides to put out
15   information regarding a trade he executed that
16   would be his choice, correct?
17           A.      Correct.
18           Q.      That would be given to an exchange,
19   information regarding that trader's trade,
20   correct?
21           A.      Correct.
22           Q.      From your experience in the
23   industry was there an expectation than an exchange
24   would keep that trade confidential?
25                   MR HERSKOVITS:  Objection to form.
```