# Exhibit 12

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   U.S. COMMODITY FUTURES        )
 5   TRADING COMMISSION,           )
 6                                 )
 7       Plaintiff,                )
 8                                 )
 9           vs.                   ) 13 Civ 1174 VSB
10                                 ) ECF Case
11   WILLIAM BYRNES,               )
12   CHRISTOPHER CURTIN, THE       )
13   NEW YORK MERCANTILE           )
14   EXCHANGE, INC.,               )
15                                 )
16       Defendants.               )
17   _____)
18
19            DEPOSITION OF SEAN KEATING
20                New York, New York
21                 October 16, 2015
22
23
24   Reported by: MARY F. BOWMAN, RPR, CRR
25   Job No: 98705
```

Page 2

1
2
3
4
5                    October 16, 2015
6                       9:45 a.m.
7
8
9         Deposition of SEAN KEATING, held
10   at the offices of U.S. Commodity Futures
11   Trading Commission, before Mary F. Bowman,
12   a Registered Professional Reporter,
13   Certified Realtime Reporter, and Notary
14   Public of the State of New Jersey.
15
16
17
18
19
20
21
22
23
24
25

1                    Keating

2    2008, 2009 or January through October of

3    2010?

4        A.    I don't recall any specific

5    conversation or hearing Mr. Cusumano say

6    that.

7        Q.    If Mr. Cusumano had that view of

8    Mr. Byrnes, that he was a shining star

9    during that time frame, is that something

10   you would agree with?

11       A.    I would agree.

12       Q.    Mr. Byrnes was fired in the first

13   week of December of 2010, is that right?

14       A.    Yes.

15       Q.    It was you who made the decision

16   to fire him?

17       A.    Yes.

18       Q.    Why was Mr. Byrnes fired?

19       A.    Because he leaked customer

20   information to someone that wasn't a part

21   of a transaction.

22       Q.    Let me go back a bit.

23             You talked about observing

24   Mr. Byrnes on the phone in 2008, 2009 and

25   2010 prior to his being terminated.  How