# Exhibit 13

```
 1

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   U.S. COMMODITY FUTURES          )

 5   TRADING COMMISSION,             )

 6                                   )

 7      Plaintiff,                   )

 8                                   )

 9         vs.                       ) 13 Civ 1174 VSB

10                                   ) ECF Case

11   WILLIAM BYRNES,                 )

12   CHRISTOPHER CURTIN, THE         )

13   NEW YORK MERCANTILE             )

14   EXCHANGE, INC.,                 )

15                                   )

16      Defendants.                  )

17   _____)

18

19           DEPOSITION OF THOMAS HOLLERAN

20                New York, New York

21                October 21, 2015

22

23   Reported by:

24   MARY F. BOWMAN, RPR, CRR

25   JOB NO. 99131
```

Page 2

1
2
3
4
5              October 21, 2015
6               9:35 a.m.
7
8
9        Deposition of THOMAS HOLLERAN,
10   held at the offices of U.S. Commodity
11   Futures Trading Commission, before Mary F.
12   Bowman, a Registered Professional Reporter,
13   Certified Realtime Reporter, and Notary
14   Public of the State of New Jersey.
15
16
17
18
19
20
21
22
23
24
25

1                     Holleran
2        Q.   How long did you work as a floor
3    broker?
4        A.   For four years, four and a half
5    years.
6        Q.   So from -- until approximately
7    1993?
8        A.   Yes, that's correct.
9        Q.   Was that always for the same
10   company during those four years?
11       A.   No.
12       Q.   What other company did you work
13   for?
14       A.   I worked for Gerald and Energex
15   Commodities.
16       Q.   And then what did you do in 1993?
17       A.   In 1993, the exchange offered
18   permits to start the natural gas operation,
19   natural gas trading pit, and I took a
20   permit and became a local.
21       Q.   Can you describe for the record
22   what a local is?
23       A.   Local trades on behalf of his own
24   account, proprietary trade.
25       Q.   For how long did you trade as

1                    Holleran

2    local?

3        A.    From '93 until approximately
4    February of 2002.

5        Q.    During that period of time, did
6    you engage in any other activities on the
7    NYMEX other than trading as a local for
8    your own account?

9        A.    In 2000, I went to work as a
10   subcontractor for Eastern Petroleum
11   Futures.

12       Q.    And what did you do as a
13   subcontractor for Eastern Petroleum
14   Futures?

15       A.    I did overflow business.  So when
16   their brokers were busy they would contract
17   with me to fill the orders that their
18   contractors could not fill.

19       Q.    You were working as a floor
20   broker when you were subcontracting for
21   them as well?

22       A.    Yes, I believe from June of 2000
23   until February of 2002.

24       Q.    As part of your activities as a
25   floor broker, did you ever seek to expand

1                       Holleran

2         foundation.

3              MR. JACKOWSKI:  Objection to

4         form.

5              MR. HERSKOVITS:  Objection, form.

6         Q.   In your experience?

7         A.   If I don't have Shell as a

8    customer, but I know they are transacting

9    in crude oil markets and I'm a crude

10   broker, I would like to know that

11   information.

12        Q.   What would you, in your

13   experience, what would you do with that

14   information if you were an interdealer

15   broker?

16             MR. JACKOWSKI:  Objection, form.

17             MR. HERSKOVITS:  Objection.

18             MS. LERESCU:  Same objection.

19        A.   I would start to call Shell and

20   find out if I could get a contact who was

21   trading crude oil and make an introduction

22   for myself.

23        Q.   So you would be seeking to expand

24   the business that you did as a broker, is

25   that right?

1                    Holleran
2      A.    That's correct.
3      Q.    Would knowing market
4  participants' trading strategies be
5  valuable to an interdealer broker in your
6  experience?
7            MS. LERESCU:  Objection to the
8      form.
9            MR. HERSKOVITS:  Form.
10           MR. MIRTIN:  Foundation.
11     A.    Strategies?
12     Q.    You can answer.
13     A.    Yes.
14     Q.    Why do you say that?
15     A.    Because you would know which
16 direction they were going in the market.
17     Q.    And would that be helpful to a
18 broker?
19     A.    If you know a commercial is
20 coming in to sell all the time, you know
21 where to go to find the other side of the
22 market.
23     Q.    And what do you mean by a
24 commercial?
25     A.    If a Shell is coming in to hedge

1                    Holleran
2      Q.    Would knowing market
3  participants' recent trading activity be
4  valuable to another market participant in
5  your trade?
6            MR. HERSKOVITS:  Objection to
7      form.
8            MS. LERESCU:  Objection to the
9      form.
10           MR. MIRTIN:  Same objection.
11     A.    No.
12     Q.    Why do you say no?
13     A.    Because there is different
14 markets types and structures that are
15 executed in the marketplace that may not be
16 able to give somebody -- they wouldn't be
17 able to back into the trading strategy of
18 the group.  They might see a term
19 structure, but they would never see the
20 entire book.
21           May I have some water, please.
22     Q.    Of course.
23           Mr. Holleran, if you can take a
24 look at Exhibit 53.  Page 86.  Starting on
25 line 4 to line 22.  In your testimony at