# Exhibit 16

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------------

5   U.S. COMMODITY FUTURES TRADING

6   COMMISSION,

7                       Plaintiff,

8

8           vs.        13 Civ 1174 (GBD)

9                       ECF Case

10

11  WILLIAM BYRNES, CHRISTOPHER CURTIN,

12  THE NEW YORK MERCANTILE EXCHANGE, INC.,

13  and RON EIBSCHUTZ,

14                      Defendants.

15  ------------------------------------------

16

17      DEPOSITION OF CHRISTOPHER CURTIN

18

19

20        Tuesday, November 24, 2015

21          New York, New York

22

23  Reported by:

24  JOAN FERRARA, RPR, RMR, CRR

25  JOB NO. 100515

1

2

3

4                    November 24, 2015

5                    9:30 a.m.

6                    New York, New York

7

8

9

10         Deposition of Christopher Curtin,

11    held at the offices of the U.S. Commodity

12    Futures Trading Commission, 140 Broadway, New

13    York, New York, Pursuant to Notice, before

14    Joan Ferrara, a Registered Merit Reporter,

15    Certified Realtime Reporter, and Notary

16    Public of the State of New York.

17

18

19

20

21

22

23

24

25

1                       C. Curtin

2        Q       And we'll come back to your

3    history at the New York Mercantile Exchange

4    later.  I just want to move towards your

5    post NYMEX employment history right now.

6                You left NYMEX in approximately

7    2009, is that correct?

8        A       Uh-huh, yes.

9        Q       What was your first job after

10   leaving NYMEX?

11       A       I worked for ELX Futures

12   Exchange.

13       Q       What does ELX Futures Exchange

14   do?

15       A       They're a Commodities Exchange

16   which initially was involved in interest

17   rate futures, and I don't know what they're

18   currently doing.

19       Q       Why did you leave NYMEX?

20       A       Because the ELX people came

21   after me and offered me a very tidy sum to

22   leave, and there was other reasons, not as

23   important, but there were.

24       Q       What were the other reasons?

25       A       I wanted a new challenge.  I

1                        C. Curtin

2    also felt that with the CME taking over

3    that they were going to add more work and

4    not more money, and so economically it just

5    made a lot more sense to leave.

6        Q      When you said with the CME

7    taking over they were going to add more

8    work --

9        A      That's right, they were going to

10   add more products and more work to my

11   plate, which was already well overloaded,

12   and they didn't want to give me more money,

13   so it was a nice easy move.

14       Q      Let's break that up.

15              Was there any type of additional

16   work they were going to do other than give

17   you, other than giving you more products?

18       A      I don't know, but that's how I

19   felt.

20       Q      Your perception was that there

21   was going to be new work aside from new

22   products that you had to handle?

23       A      Yes.

24       Q      Can you think of any specific

25   types of new work that you thought that you

C. Curtin

1    NYMEX.

2       A     Okay.

3       Q     What was your -- when did you

4    first get a job at NYMEX?

5       A     Well, it was about -- how long

6    ago was I at -- from like 2000, I started,

7    maybe June of 2000.

8       Q     What was your first position at

9    NYMEX?

10      A     I worked on the Access help

11   desk.

12      Q     What is Access?

13      A     It was a trading platform for

14   NYMEX futures to trade electronically in

15   off-hour markets, and eventually on-hour

16   markets.

17      Q     How long did you have that first

18   position?

19      A     I'd say that was about three,

20   three and a half years on the desk.

21      Q     Okay.

22            Were you handling OTC products

23   at all in that position?

24      A     Not at that time.

                          C. Curtin

1   think is where you may have first met him?

3       A    I believe so, yeah.

4       Q    Did you ever see Ron Eibschutz

5   socially after you first met him?

6       A    Occasionally.

7       Q    What sort of things would you do

8   with Mr. Eibschutz?

9       A    Well, we definitely did the --

10  we hung out for the European soccer

11  championship, which I think we might have

12  done three times maybe, and occasionally

13  went out for a drink.

14      Q    Did you ever go to any business

15  meetings with Ron Eibschutz?

16      A    I would say no, I don't think

17  business meetings, no.

18      Q    Do you know if when you went to

19  events with Ron Eibschutz?  Do you remember

20  if you paid or he paid, generally?

21      A    Generally, I paid for my own

22  things.

23      Q    Do you remember if he ever paid

24  for drinks or dinner?

25      A    He may have paid for a drink or

1                    C. Curtin

2    two, but I recall paying most of my bills

3    myself.

4         Q     Did you ever go to any sporting

5    events with Mr. Eibschutz?

6         A     I recall going to a hockey game

7    or basketball game or something.

8         Q     Do you remember if he paid or

9    you paid for those?

10              MR. ABERNETHY:  Could you

11         amplify paid for those?

12              MR. WHEATON:  Those events.

13              MR. ABERNETHY:  You want to

14         break that down?  We're doing this on

15         a minute basis.

16              MR. WHEATON:  That's fine.

17   BY MR. WHEATON:

18        Q     Do you recall going to any

19   hockey games with Ron Eibschutz?

20        A     I recall.

21        Q     How many hockey games did you go

22   to with Ron Eibschutz?

23        A     I think one hockey game.

24        Q     Do you know who paid for your

25   tickets to that hockey game?

1                    C. Curtin

2        A        I believe Ron paid for the

3   tickets.

4        Q        Do you know if he was reimbursed

5   by his company?

6                  MR. ABERNETHY:  Objection to

7            form -- foundation rather, sorry.

8        A        I don't know.

9        Q        Did you go to any basketball

10  games with Ron Eibschutz?

11       A        I believe we did go to one

12  basket ballgame.

13       Q        Do you know who paid for your

14  ticket to that basketball game?

15       A        I believe Billy Byrnes paid for

16  those tickets.

17       Q        Do you know if Billy Byrnes was

18  reimbursed by anyone for those tickets?

19       A        No idea.

20       Q        Now, I believe you said you had

21  the opportunity to hear some of your taped

22  conversations with Ron Eibschutz, correct?

23       A        That's correct.

24                Can you excuse me one second?

25                (Pause)

Page 257

C. Curtin

1

2    A      Correct.

3    Q      And you confirmed for him that

4 Vitol was the buyer, correct?

5    A      Correct.

6    Q      You confirmed for him the volume

7 of the contract, correct?

8    A      Yes, correct.

9    Q      And the fact that it was Vitol

10 who purchased them was not publicly

11 available, correct?

12    A      On ClearPort, that's correct.

13    Q      Okay.

14           And the fact that -- and was the

15 price publicly available?

16    A      I'm sorry?

17    Q      Was the price of the transaction

18 publicly available?

19    A      On ClearPort?

20    Q      Yeah.

21    A      No.

22    Q      Okay.

23           Was the volume on ClearPort

24 publicly available?

25    A      No -- well, actually yes,

1                    C. Curtin
2    because the next day that volume would be
3    demonstrated in reports.
4        Q    Do you know if the volume
5    published in reports on the next day was
6    published on an aggregate basis or on a per
7    transaction basis?
8        A    I believe it was on an aggregate
9    basis.
10       Q    And Mr. Eibschutz asked you who
11   the transacting trader was, correct?
12       A    That's correct.
13       Q    And you confirmed that
14   information for him, correct -- withdrawn.
15            You told him who the trader was,
16   correct?
17       A    That's correct.
18       Q    And the identity of the trader
19   was also confidential information, correct?
20       A    Correct.
21       Q    And you knew at the time of this
22   call that giving information relating to
23   the counter-parties, volume, price and
24   trader of this customer trade was contrary
25   to NYMEX's policies, correct?

```
1                          C. Curtin
2    get information about Constellation
3    Commodities so he could expand his
4    business?
5              MR. ABERNETHY:  Same objection.
6         A     I don't know what he was using
7    the information for.  It seemed like he
8    would probably want to try to expand his
9    business.
10        Q     He didn't tell you, though?
11        A     He said he wanted to try to deal
12   for him.
13        Q     So after you told Mr. Eibschutz
14   that your little phone calls are going to
15   have to end, he asked you what it meant.
16              Did you hear that?
17        A     Yeah, I heard it.
18        Q     And you said, "It means if they
19   ever play the tapes and I sign that piece
20   of paper, then I could get fucked."
21              Did you hear that?
22        A     Yeah.
23        Q     What did you mean by that?
24        A     Well, we're sitting here right
25   now, aren't we?
```

C. Curtin

1

2        Q       Fair to say that you understood

3   that giving information of the sort that

4   you were giving to Mr. Eibschutz was

5   against NYMEX policy?

6        A       Yeah.

7        Q       And you knew it at the time of

8   the disclosures?

9        A       Yes.

10       Q       Okay.

11               And you gave Mr. Curtin --

12   pardon me -- you gave Mr. Eibschutz a

13   contact name, correct?

14       A       That's correct.

15       Q       Mr. Eibschutz said, "That's what

16   our cell phones are for."

17               Did you hear that?

18       A       Yeah.

19       Q       Do you know what he meant?

20       A       Not necessarily, but I could

21   venture a guess.

22       Q       Is it fair to say that he meant

23   that you could use cell phones to disclose

24   information so people couldn't hear the

25   tapes?

Page 300

```
 1                    C. Curtin
 2       A      I don't know.  Maybe I should
 3    have, but I don't know.
 4              MR. HERSKOVITS:  Okay.  I have
 5         no further questions.
 6              MR. WHEATON:  Nothing else from
 7         us.
 8              MR. HOGAN:  We're good.
 9              MR. ABERNETHY:  Done.
10              (Time noted 4:44 p.m.)
11
12
13
14         _____
15              CHRISTOPHER CURTIN
16
17
18
19    Subscribed and sworn to
20    before me this 10th day
21    of February      , 2016.
22
23    _____
24    NOTARY PUBLIC
25
```

Alexander Mirkin
Notary Public, State of New York
No. 02MI6249136
Qualified in Kings County
Commission Expires October 3 20 17

Page 306

```
 1
 2    UNITED STATES DISTRICT COURT ) Pg. 1 Of 3 Pgs.
 3    SOUTHERN DISTRICT OF NEW YORK )
 4              I wish to make the following
 5       changes for the following reasons:
 6    PAGE   LINE
 7     35     3        CHANGE:  "Hell of a beans" to "hill of beans"
 8                     REASON:  Typographical error
 9     73     8        CHANGE:  "whoever" to "whomever"
10                     REASON:  Typographical error
11     78     14       CHANGE:  "hear" to "here'
12                     REASON:  Typographical error
13    105     9        CHANGE: "usage from, and" to "usage from ... and"
14                     REASON:  Typographical error
15    105     10       CHANGE:  "what they did, would" to "what they
16                              did ... would"
                       REASON:  Typographical error
17    105     25       CHANGE:  "Exchange" to "exchange"
18                     REASON:  Typographical error
19    106     3        CHANGE:  "Exchange" to "exchange"
20                     REASON:  Typographical error
21    110     23       CHANGE:  "generate" to "generated"
22                     REASON:  Typographical error
23    129     15       CHANGE:  "Exchange" to "exchange"
24                              Typographical error
25
```

Page 306A

1

2    UNITED STATES DISTRICT COURT ) Pg. 2 Of 3 Pgs.

3    SOUTHERN DISTRICT OF NEW YORK )

4          I wish to make the following

5      changes for the following reasons:

6    PAGE   LINE

7    __143__  __12__    CHANGE: "prove" to "proof"

8                       REASON:  Typographical error

9    __145__  __21__    CHANGE: "a stop" to "us stop"

10                      REASON:  Typographical error

11   __172__  __17__    CHANGE: "Cusimano" to "Cusumano"

12

13                      REASON:  Misspelling throughout transcript

14   __176__  __22__    CHANGE: "Dienskieski" to "Densieski"

15                      REASON:  Misspelling throughout transcript

16   __198__ _5 and 24_ CHANGE: "uberous" to "hubris"

17                      REASON:  Misspelling

18   __199__  __11__    CHANGE: "felt like maybe do" to "felt like
                                 maybe I could do"

19                      REASON:  Missing phrase

20   __204__  __21__    CHANGE: "understanding by employee" to
                                 "Understanding by Employee"

21                      REASON:  Proper capitalization

22   __215__  __7-8__   CHANGE: "quite an infrequent" to "quite a
                                 frequent"

23                      REASON:  Typographical error

24   __219__  __19__    CHANGE: "Brad Flaster dealt" to "Brad Flaster
                                 who dealt"

25                      REASON:  Typographical error

Page 306B

1

2   UNITED STATES DISTRICT COURT ) Pg. 3 Of 3 Pgs.

3   SOUTHERN DISTRICT OF NEW YORK )

4        I wish to make the following

5     changes for the following reasons:

6   PAGE   LINE

7    244    3      CHANGE:  "Toriche" to "Troyke"

8                  REASON:  Misspelling throughout transcript

9    255  11 and 14  CHANGE:  J Aaron to J Aron

10                 REASON:  Misspelling

11   267    24     CHANGE:  "getting to get to Constellation" to
                            "getting to Constellation"
12                 REASON:  Typographical error

13   285    6      CHANGE:  "Amorex Brokers" t "Amerex Brokers"

14                 REASON:  Misspelling throughout transcript

15   285    10     CHANGE:  "Prokov" to "Prokop"

16                 REASON:  Misspelling throughout transcript

17   ____  ____    CHANGE:  _____

18                 REASON:  _____

19   ____  ____    CHANGE:  _____

20                 REASON:  _____

21   ____  ____    CHANGE:  _____

22                 REASON:  _____

23   ____  ____    CHANGE:  _____

24

25                 CHRISTOPHER CURTIN