# Exhibit 17

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  ------------------------------------------

5  U.S. COMMODITY FUTURES TRADING

6  COMMISSION,

7                      Plaintiff,

8

8         vs.         13 Civ 1174 (GBD)

9                     ECF Case

10

11  WILLIAM BYRNES, CHRISTOPHER CURTIN,

12  THE NEW YORK MERCANTILE EXCHANGE, INC.,

13  and RON EIBSCHUTZ,

14                     Defendants.

15  ------------------------------------------

16

17         DEPOSITION OF WILLIAM BYRNES

18

19

20       Monday, November 23, 2015

21          New York, New York

22

23  Reported by:

24  JOAN FERRARA, RPR, RMR, CRR

25  JOB NO. 100514

1
2
3
4              November 23, 2015
5              9:32 a.m.
6              New York, New York
7
8
9
10     Deposition of William Byrnes, held at
11  the offices of Commodity Futures Trading
12  Commission, 140 Broadway, New York, New
13  York, Pursuant to Notice, before Joan
14  Ferrara, a Registered Merit Reporter,
15  Certified Realtime Reporter, and Notary
16  Public of the State of New York.
17
18
19
20
21
22
23
24
25

Case 1:13-cv-01174-VSB   Document 142-17   Filed 12/15/16   Page 4 of 12

Page 32

1            W. Byrnes
2      A    I switched to Farrell Futures,
3 which was in the cotton and orange juice.
4      Q    What was your title at Farrell
5 Futures?
6      A    Director of sales and
7 operations.  So I would reach out, cold
8 call.
9      Q    Tell me, generally, about what
10 your responsibilities were in connection
11 with that job.
12     A    Same thing, talk to customers,
13 get orders, try to find new customers.
14     Q    In connection with your work at
15 Farrell Futures, did you have access to
16 confidential trading information?
17     A    I don't recall.
18     Q    Do you recall receiving any
19 training or guidance regarding treatment of
20 confidential trading data?
21     A    No, sir.
22     Q    How long were you at Farrell
23 Futures?
24     A    From 2004 to 2007.
25     Q    And where did you go in 2007?

1                    W. Byrnes

2        A     I went to the NYMEX.

3        Q     When did you start in 2007

4   working at NYMEX?

5        A     April, I believe.

6        Q     What position were you hired

7   into at NYMEX?

8        A     An analyst on ClearPort.

9        Q     And what were your

10  responsibilities as an analyst on

11  ClearPort?

12       A     Answer the phone, enter trades,

13  fix trades that were rejected on the block.

14       Q     As an analyst on ClearPort, did

15  you have any understanding of who your

16  customers were?

17       A     Can you explain?

18       Q     Sure.

19             Did you have any customers as an

20  analyst on the ClearPort desk?

21       A     Of my own?

22       Q     Yes.

23       A     No.

24       Q     Did NYMEX have any customers?

25             MR. HOGAN:  Object to the form.

Case 1:13-cv-01174-VSB   Document 142-17   Filed 12/15/16   Page 6 of 12

Page 44

1                W. Byrnes
2   was information about an individual's trade
3   publicly available?
4        A    No.
5        Q    On the day after a trade was
6   executed or cleared, was information
7   regarding that trade an individual's -- let
8   me try that again.
9             On the day after a trade
10  occurred, was information about an
11  individual's trade publicly available?
12            MR. JACKOWSKI:  Objection to
13       form.
14       A    There was a volume report daily,
15  trade date plus one.
16       Q    Is that a yes or a no?
17            MR. HERSKOVITS:  Object to that
18       question.  His answer was his answer.
19       It didn't require a yes or no
20       response.
21            MR. CHUDY:  I think it did.
22       A    There was information available
23  trade date plus one.
24       Q    What information is publicly
25  available on a trade date plus one?

1                    W. Byrnes
2        A    Volume, strike price.
3        Q    And the volume, strike price, is
4   that on an aggregate basis that it's
5   publicly available?
6             MR. JACKOWSKI:  Object to the
7        form.
8        A    Do you mean like a total volume?
9        Q    Correct.
10       A    Yes.
11       Q    On a trade plus one basis, was
12  information regarding an individual
13  trade -- let me try that again.
14            You testified that there was a
15  volume report daily, trade date plus one,
16  right?
17       A    Uh-huh.
18       Q    Can you please explain what
19  information was available on that volume
20  report?
21       A    Volume traded, strike price,
22  settlement price.  I can't recall if there
23  was more information or not.
24       Q    Let's break this down.
25            The volume traded that you

1                    W. Byrnes

2    referred to that was publicly available the

3    next day, did that volume indicate an

4    individual customer's volume traded?

5              MR. HERSKOVITS:  Object to the

6         form.

7         A     It depended.  It could have if

8    they were the only ones that traded it that

9    day, but --

10        Q     Assuming you had -- go ahead.

11        A     If there were more people

12   trading it, it would not break it down

13   specifically to each person.

14        Q     So it would show the aggregate

15   volume traded, correct?

16             MR. JACKOWSKI:  Object to the

17        form.

18        A     Correct.

19        Q     And the strike price

20   information, how would you characterize the

21   strike price information that was available

22   the next day?

23        A     All strikes that traded were on

24   the volume report.

25        Q     Was it an average strike price

1                W. Byrnes

2   that was shown the next day?
3        A    No.  Every individual.
4        Q    And did the report show the
5   individual strike price that individual
6   customers executed?
7        A    It showed all the strike prices.
8        Q    Did it show which customer
9   executed at which strike price?
10       A    No.
11       Q    Mr. Byrnes, CME Group purchased
12  NYMEX in or about 2008, right?
13       A    I don't know when the purchase
14  went through.
15       Q    Putting aside the date of the
16  purchase, after NYMEX was purchased, did
17  your role with respect to ClearPort change?
18       A    No.
19       Q    Did your day-to-day
20  responsibilities change at all?
21       A    No.
22       Q    Did the staffing on the
23  ClearPort desk change at all after the
24  merger?
25       A    No.

Page 53

1          W. Byrnes

2          MR. HERSKOVITS:  Objection to
3     form.
4     A     I don't.
5     Q     Mr. Byrnes, during your tenure
6  at NYMEX, do you recall receiving any
7  training regarding the treatment of
8  confidential information?
9     A     I don't recall any training.
10    Q     Do you recall giving anyone any
11 training regarding the treatment of
12 confidential information?
13    A     No.
14    Q     During your tenure at NYMEX, do
15 you recall having to verify who ClearPort
16 users were?
17    A     When processing a registration.
18    Q     Can you tell me about that?
19    A     We would receive a registration
20 by e-mail.  There would be an administrator
21 for that company.  We would contact them to
22 make sure that this was a person they want
23 added to their firm.
24    Q     Mr. Byrnes, do you know an
25 individual by the name of Ron Eibschutz?

1                W. Byrnes
2        A    Yes.
3        Q    Who is he?
4        A    He was a broker at Parity and
5   then Poten Energy.
6        Q    How did you become acquainted
7   with him?
8        A    Through friends.  We all went
9   out for drinks.
10       Q    You mentioned an entity named
11  Parity.  What is Parity?
12       A    It was a broker company.
13       Q    Can you generally describe
14  Parity's business?
15       A    I don't recall.  They were a
16  trader.  They were a broker, a broker
17  company doing business on ClearPort.
18       Q    Do you know if Parity generated
19  any revenues for ClearPort?
20       A    I don't know what they did for
21  business.
22       Q    Do you know if Parity paid any
23  fees to clear trades on ClearPort?
24       A    I have no idea.
25       Q    Do you have an understanding of

Page 55

1                   W. Byrnes

2    how much volume Parity transacted on

3    ClearPort?

4         A    None.

5              MR. HOGAN:  Object to the form.

6    BY MR. CHUDY:

7         Q    Mr. Byrnes, you mentioned

8    earlier that you met Ron Eibschutz through

9    friends.  Can you identify who the friends

10   were?

11        A    He invited the trading desk out

12   for drinks one day.  It was myself, Chris

13   Curtin, Denai Belancourt -- I'm not sure if

14   a gentleman Manny was there still or not, I

15   believe he was.

16             I'm not sure if anybody else

17   came out with us, but I know there were a

18   bunch of us that went and met him and had a

19   couple of drinks.

20        Q    Do you recall where you went?

21        A    No.

22        Q    Did you go out for drinks often?

23        A    I can't recall how often, but it

24   was more than one, probably less than 20.

25        Q    When you went out for drinks, do