# Exhibit 23

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    U.S. COMMODITY FUTURES        )
     TRADING COMMISSION,           )
5                                  )
          Plaintiff,               )
6                                  )
              vs.                  ) 13 Civ 1174 VSB
7                                  ) ECF Case
     WILLIAM BYRNES,               )
8    CHRISTOPHER CURTIN, THE       )
     NEW YORK MERCANTILE           )
9    EXCHANGE, INC.,               )
                                   )
10        Defendants.              )
     _____)

11

12

13           DEPOSITION OF ROBERT SILVAY

14              New York, New York

15               May 12, 2016

16

17   Reported by:

18   MARY F. BOWMAN, RPR, CRR

19   JOB NO. 106530

20

21

22

23

24

25

1

2

3

4

5                    May 12, 2016

6                    9:36 a.m.

7

8

9          Deposition of ROBERT SILVAY, held

10   at the offices of U.S. Commodity Futures Trading

11   Commission, 140 Broadway, New York, New

12   York, before Mary F. Bowman, a Registered

13   Professional Reporter, Certified Realtime

14   Reporter, and Notary Public of the State of

15   New Jersey.

16

17

18

19

20

21

22

23

24

25

                          SILVAY

1    fragmented and incomplete to be considered

2    significant in your opinion.  What would

3    you need to make the information more

4    complete and less fragmented to be

5    significant?

6        A.    So fragmented and incomplete as

7    it didn't -- it basically was a -- some

8    parts of a transaction, sometimes more

9    parts than others, and it didn't -- it

10   didn't give anyone's position.  It didn't

11   say if they were opening or closing.  It

12   didn't say anything about any reasons they

13   made these trades.  It didn't say anything

14   about any other instruments that they were

15   trading.  It didn't say anything about

16   their -- it didn't say anything.  It was

17   just basically a transaction.

18           So it was fragmented and

19   incomplete, and there was a wide time

20   between transactions that were requested.

21   I think this was over years.  It was

22   very -- you know, there was no -- there was

23   no way to put all this together to make any

24   reasonable sense of it.  And it's

```
1                     SILVAY
2    incomplete.
3         Q.    A couple of clarifying questions.
4    When you say it was over years, none of the
5    disclosures referred to trades that
6    happened a year earlier?
7         A.    No.  I meant all the -- the space
8    of time from the beginning to the end of
9    this was roughly two years, and there was
10   on average a call every maybe -- so I'm
11   trying to do the math in my head here -- 20
12   days, 18 days?  I can't do the math
13   correctly.  So that's relatively
14   incomplete.
15        Q.    You said that the calls didn't
16   say anything about the reasons they made
17   these trades.  "They" meaning the traders,
18   correct?
19        A.    "They" meaning the traders.
20        Q.    If there was information about
21   the reason that the traders made these
22   trades, would you consider that important?
23        A.    First of all, there wasn't.  And
24   you would need a whole litany of
25   information to -- you would basically have
```