# Exhibit 41

# 13CIV1174-CFTC-0018023



EXHIBIT
81
11-24-15

108 SUMMIT STREET  
APT 3  
BROOKLYN, N.Y. 11231

HOME # (718) 935-0830  
EMAIL: CCURT108@AOL.COM

# Christopher D. Curtin

**Objective**  
To excel in an exciting, challenging and rewarding environment.

**Experience**

1998-2000     Josenthal & Lewis LLC.     Cresskill, N.J.  
**Chief Dealer F.X.**
- Responsible for research, pricing and execution of all trades.
- Educated and managed all Josenthal & Lewis account representatives.
- Established domestic as well as overseas dealing contacts for the firm.
- Suggested profitable non F.X. trades to clients

1992-1997     Credit Lyonnais Rouse (USA) Ltd. New York, N.Y.  
**Dealer F.X.**
- Price making, position trading in F.X. Cash, Forwards, Futures and E.F.P.s
- Created daily and weekly market reports for all C.L. Rouse clients.
- Researched and corrected all accounting errors made by trading desks.

1987-1992     Credit Lyonnais Rouse (USA) Ltd New York, N.Y.  
**Trading Floor and Trading Desk Backup Support.**
- Worked arbitrage phone in Comex Gold.
- Verified and cleared all trades for Comex and the C.L. Rouse trading desk.
- Executed all back office functions relating to Comex.

**Education**

1978-1981     University of Massachusetts     Amherst, Ma.
- Hotel And Restaurant Management School

**Interests**  
Golf and Music

FOIA Confidential Treatment Requested     CME-CFTC-SUP 11645