## MENAKER & HERRMANN

### A LIMITED LIABILITY PARTNERSHIP

#### IO EAST 40TH STREET

#### NEW YORK, NEW YORK IOOI6-O3OI

TELEPHONE
(212) 545-1900

FACSIMILE
(212) 545-1656

WEBSITE
WWW.MHJUR.COM

SAMUEL F. ABERNETHY
EXTENSION: 206
sfa@mhjur.com

February 15, 2017

<u>VIA ECF</u>

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Rm. 415
New York, NY 10007

> Re:   U.S. Commodity Futures Trading Commission v. Byrnes et. al,
> Case No. 13-Civ-1174 (VSB)

Dear Judge Broderick:

We represent defendant Christopher Curtin in this action and write pursuant to Rule 4(I) of Your Honor's Individual Rules and Practices in Civil Cases to request oral argument on the Motion for Partial Summary Judgment of Plaintiff Commodity Futures Trading Commission, our opposition to which is being filed on this date via ECF.

We also request oral argument on Curtin's Motion for Summary Judgment, filed by ECF on December 15, 2016.

Respectfully yours,

Samuel F. Abernethy

Cc: All counsel (by ECF)