

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  2/24/2017

**By Email**

The Honorable Vernon S. Broderick
U.S. District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

    RE: *U.S. Commodity Futures Trading Commission v. William Byrnes, et al.*, 13 Civ. 1174 (VSB)

Dear Judge Broderick:

    We are counsel for Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") in the above-referenced matter. In connection with Plaintiff's filing of its Opposition to the Motions for Summary Judgment filed by Defendants, we write to request leave to file portions of the attached exhibits to the Supplemental Declaration of Trevor Kokal, with redactions.

    The proposed redactions concern non-public information about trades, which information has been designated as confidential pursuant to the Stipulation and Agreed Protective Order entered in this case on April 30, 2014, as well as personal identifying information. We have advised Defendant New York Mercantile Exchange, Inc. ("NYMEX") of the proposed redactions. The proposed redactions are highlighted in the attached copies.

    Thank you for your consideration.

                                Respectfully submitted,

                                David W. MacGregor

Encl.
cc:    All counsel (by email)