

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  3/17/2017

**By Email**

The Honorable Vernon S. Broderick
U.S. District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

RE:   U.S. Commodity Futures Trading Commission v. William Byrnes, et al., 13 Civ. 1174 (VSB)

Dear Judge Broderick:

    We are counsel for Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") in the above-referenced matter. By letter dated February 15, 2017, we requested leave to file portions of the exhibits to the Supplemental Declaration of Trevor Kokal, submitted in connection with Plaintiff's Opposition to Defendants' Motions for Summary Judgment, with proposed redactions. On February 24, 2017, the Court granted the application to file portions of those exhibits with redactions (*see* endorsed letter, ECF No. 177).

    Thereafter, Plaintiff conferred further with counsel for Defendant New York Mercantile Exchange, Inc. ("NYMEX"), who requested that additional portions of the exhibits to the Supplemental Kokal Declaration, which concern non-public information about trades, also be redacted. The proposed revised redactions are attached. We respectfully request leave to file the redactions as attached.

    Thank you for your consideration.

Respectfully submitted,

David W. MacGregor

Encl.
cc:   All counsel (by email)