# Exhibit 93

```
                                                                    1

 1    UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF NEW YORK
 3    -------------------------------------
 4    U.S. COMMODITY FUTURES TRADING
 5    COMMISSION,
 6                         Plaintiff,
 7
 8             vs.       13 Civ 1174 (GBD)
 9                         ECF Case
10
11    WILLIAM BYRNES, CHRISTOPHER CURTIN,
12    THE NEW YORK MERCANTILE EXCHANGE, INC.,
13    and RON EIBSCHUTZ,
14                         Defendants.
15    -------------------------------------
16
17          DEPOSITION OF WILLIAM BYRNES
18
19
20          Monday, November 23, 2015
21             New York, New York
22
23    Reported by:
24    JOAN FERRARA, RPR, RMR, CRR
25    JOB NO. 100514
```

[11/23/2015 9:32 AM] Byrnes, William 2015/11/23

1              W. Byrnes
2        A    They had a lot of users in the
3    system, yes.
4        Q    Okay.
5             And who were the users of the
6    system?
7        A    A bunch of different companies
8    trading a bunch of different products, and
9    it was electronically cleared.
10       Q    When you're referring to the
11   system, what system are you referring to?
12       A    ClearPort.
13       Q    In layman's terms, could you
14   describe what ClearPort is?
15       A    ClearPort is a clearing system
16   for deals negotiated off the floor.
17       Q    When you say deals negotiated
18   off the floor, can you elaborate what that
19   means?
20       A    Two parties entering into a
21   deal.
22       Q    A deal for what?
23       A    There were hundreds of different
24   products.
25       Q    Like commodity products?

88

1      W. Byrnes
2  Eibschutz -- and you responded, "Just
3  trying to help out a friend build his
4  business.  Other than that, there is
5  nothing else.  I didn't do it for monetary
6  gain."
7       Do you recall being asked that
8  question and giving that answer?
9      A    Yes.
10     Q    Was your response truthful and
11 accurate?
12          MR. JACKOWSKI:  Object to the
13     form.
14     A    Yes.
15     Q    If I could turn your attention,
16 Mr. Byrnes, to the eleventh page of the Q
17 and A transcript.
18          The top of the page starts with
19 5-minute break.  The following questions
20 were asked by ADA Adam Miller.
21          Do you see that?
22     A    Uh-huh.
23     Q    At the bottom, there is a
24 question, "Do you know of anyone else who
25 was divulging trade information?"

1             W. Byrnes

2        And you answered, "I know that

3 guys are marketing are giving out trade

4 information."

5        Do you recall being asked that

6 question and giving that answer?

7    A   Yes.

8    Q   Was that answer truthful and

9 accurate?

10        MR. JACKOWSKI:  Objection to

11   form.

12    A   To the best of my knowledge,

13 yes.

14    Q   The next question, "Who is

15 marketing?"

16        Answer: ▇▇▇▇▇▇▇▇  I'm not

17 sure what customer she was talking to."

18        Do you recall being asked that

19 question and giving that answer?

20    A   Yes.

21    Q   Was your answer truthful and

22 accurate?

23        MR. JACKOWSKI:  Objection to

24   form.

25    A   Yes, to the best of my

```
 1                    W. Byrnes
 2    knowledge, yes.
 3         Q    In this exchange, you're talking
 4    about ████████ disclosing trade
 5    information.
 6         A    Uh-huh.
 7         Q    Can you tell me about that?
 8         A    It happened in passing.  I was
 9    walking by her desk and she was talking to
10    somebody on the phone about trades on the
11    blotter.
12         Q    Do you know who she was talking
13    to on the phone?
14         A    I do not.
15         Q    Do you know when this disclosure
16    occurred?
17         A    I cannot recall.
18         Q    Do you know what information she
19    was disclosing?
20         A    Like I said, active trades on
21    the blotter.  Do I remember, no.
22         Q    Do you recall any other
23    instances of anyone at NYMEX giving out
24    trade information?
25         A    I don't recall.
```