# MENAKER & HERRMANN
A LIMITED LIABILITY PARTNERSHIP

10 EAST 40TH STREET

NEW YORK, NEW YORK 10016-0301

TELEPHONE
(212) 545-1900

SAMUEL F. ABERNETHY
EXTENSION: 206
sfa@mhjur.com

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   4/14/2017

<u>VIA ECF</u>

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Rm. 415
New York, NY 10007

    Re: U.S. Commodity Futures Trading Commission v. William Byrnes et. al.
      <u>Case No. 13-Civ-1174 (VSB)</u>

Dear Judge Broderick:

  We are counsel for defendant Christopher Curtin in this action, in which the parties are scheduled to file reply briefs in support of summary judgment motions on April 20, 2017. We write to request permission to submit a brief of up to 17 pages in length. We have advised counsel for all the parties in this action of our intent to make this request, and none has objected.

  On a separate issue, by letter dated February 14, 2017 and in response to the Court's December 22, 2016 order, we requested leave to file redacted versions of transcripts of certain audio recordings that were attached to my Declaration in Support of our client's Motion for Summary Judgment, dated December 15, 2016 (Dkt. No. 142). We have reviewed the docket in this matter, but have not found the Court's response. Comparable requests by counsel for the parties in this action were so ordered by the Court. Accordingly, we ask that the Court respond to our request so that we may make the appropriate filing. A copy of our February 14, 2017 letter is attached hereto for the Court's convenience.

               Respectfully yours,

               Samuel F. Abernethy

Attachment
cc: (By ECF)
  Counsel of Record