

April 20, 2017

**BY E-MAIL**
Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**   *U.S. Commodity Futures Trading Commission ("CFTC") v.*
> *Byrnes, et al.,*  **1:13-cv-01174 (VSB)**

Dear Judge Broderick:

   We represent Defendant, William Byrnes, in the above-referenced action.  On December 15, 2016 Defendant Byrnes filed a motion pursuant to Federal Rule of Civil Procedure 56 for summary judgment.  Pursuant to the briefing schedule that you entered on October 22, 2016 and the subsequent extension of time to file replies, Byrnes' motion is fully briefed as of today, April 20, 2017.  Pursuant to Rule 4(I) of Your Honor's Individual Rules & Practices, we write to request oral argument on Defendant Byrnes' motion.

                              Respectfully submitted,

                              Joseph Allgor


cc:     (by ECF)
        Counsel of Record

1065 Avenue of the Americas  •  27th Floor  •  New York, New York 10018
T (212) 897-5410  •  F (646) 558-0239
www.herskovitslaw.com