UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,                  1:13-CV-01174 (VSB)(SN)

    -against-                             **ORDER**

WILLIAM BYRNES, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic status conference is scheduled for November 10, 2020, at 2:00 p.m. At that time the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              November 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020